# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4301 FMO (RAOx) | Date | July 16, 2021 |
|---|---|---|---|
| Title | Oleg Taran v. United States Citizenship & Immigration Services, et al. | | |

Present: The Honorable Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Filing Administrative Record

On May 24, 2021, plaintiffs filed suit against defendants, asserting claims for: (1) mandamus for failure to lawfully adjudicate plaintiffs' I-485 applications; (2) violation of the Administrative Procedure Act, 5 U.S.C. § 706(1), for failure to adjudicate plaintiffs' applications for adjustment of status; and (3) declaratory judgment. (Dkt. 1, Complaint at ¶¶ 54-74). On June 2, 2021, the court issued its Case Management Order. (Dkt. 9, Court's Order of June 2, 2021). In its Case Management Order, the court (1) ordered plaintiffs to "promptly serve the summons and complaint in accordance with the Federal Rules of Civil Procedure[,]" specifying that plaintiffs were required to file a proof of service within 60 days of filing the complaint and (2) ordered defendants to serve a copy of the certified administrative record upon plaintiffs and file a notice of service with the court no later than July 1, 2021. (See id. at 1-2).

On June 8, 2021, plaintiffs filed a Proof of Service, indicating that service was completed on defendants on May 26, 2021. (Dkt. 10, Proof of Service). On July 14, 2021, the parties filed a Stipulation to Extend Time [ ] (Dkt. 12) pursuant to Local Rule 8-3 which extended defendants' deadline to respond to the Complaint to August 25, 2021. (Id. at 1). As of the date of this Order, defendants have not filed a notice of service of the administrative record. (See, generally, Dkt.).

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **August 25, 2021**, defendants shall, in accordance with the Court's Order of June 2, 2021 (Dkt. 9), serve the Administrative Record upon plaintiffs, lodge the Administrative Record with the court, and file the required notice of service. Failure to do so by the deadline set forth above may result in sanctions being imposed for failure to comply with a court order.

2. Except as set forth in this Order, the parties shall comply with all the dates and requirements set forth in the Court's Order of June 2, 2021 (Dkt. 9).

Initials of Preparer     vdr