JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLEG TARAN, et al., | ) | Case No. CV 21-4301 FMO (RAOx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (USCIS), et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Dismissal for Lack of Subject Matter Jurisdiction, filed contemporaneously with the filing of this judgment, IT IS ORDERED THAT the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 29th day of September, 2021.

/s/
Fernando M. Olguin
United States District Judge